■ In the Matter of Alfons J. Pohopek, Appellant, v Town of Western Zoning Board of Appeals et al., Respondents. [924 NYS2d 884]—Appeal from a judgment (denominated order) of the Supreme Court, Oneida County (Anthony F. Shaheen, J.), entered June 29, 2010 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Centra, Peradotto, Gorski and Martoche, JJ.